434 P.2d 65

Charles D. EPLING, Petitioner-Appellee,

v.

STATE BOARD OF EMBALMERS AND FUNERAL DIRECTORS of the State of New Mexico, Respondent-Appellant.

No. 8269.

Supreme Court of New Mexico.

Nov. 20, 1967.

Boston E. Witt, Atty. Gen., Bigbee & Byrd, Richard N. Carpenter, Special Asst. Attys. Gen., Santa Fe, for appellant.

Zinn & Donnell, Santa Fe, for appellee.

OPINION

CHAVEZ, Chief Justice.

The facts in this case are substantially identical with those in the opinion filed this day in No. 8155, Roberts v. State Board of Embalmers and Funeral Directors of the State of New Mexico, 78 N.M. 536, 434 P.2d 61. Upon the authority of Roberts v. State Board, supra, the judgment·

of the district court of Curry County in this case is affirmed.

It is so ordered.

COMPTON, J., and OMAN, J. Ct. App., concur.